**Order filed April 29, 2022**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-20-00679-CV
_____

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant**

**V.**

**RATAN ZAKIR, Appellee**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2018-90845**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of Exhibit 5, a video recording, to the Plea to the Jurisdiction filed August 20, 2020.

The clerk of the 295th District Court is directed to deliver to the Clerk of this court the original of Exhibit 5, a video recording, to the Plea to the Jurisdiction filed August 20, 2020, on or before **May 5, 2022.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Exhibit 5, a video recording, to the Plea to the Jurisdiction filed August 20, 2020, to the clerk of the 295th District Court.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.